## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT PIERCE DIVISION

**SHERRY JENKINS,**

    **Plaintiff,**

                            **Case Number** 2:20-cv-14242 _____

**v.**

**PIPER AIRCRAFT, INC.,**

    **Defendant.**

_____/

## Complaint & Jury Demand

1.    The Plaintiff, Sherry Jenkins, sues Defendant, Piper Aircraft, Inc., pursuant to the Equal Pay Act for paying men more than women.

2.    The Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

3.    Plaintiff worked for Defendant in Indian River County, Florida.

4.    Venue is appropriate in the Fort Pierce District because Plaintiff worked for Defendant in Vero Beach, Florida.

5.    Defendant employs over 500 employees.

6.    Defendant has annual revenues in excess of $1,000,000.00.

7.    Plaintiff worked for Defendant from on or about December 2016 to on or about April 2019.

8.      Within the last three years Plaintiff worked for Defendant as an employee.

9.      Plaintiff was a recruiter.

10.     The EPA proscribes discrimination "between employees on the basis of sex by paying wages to employees in such establishment at a rate less than the rate at which [the employer] pays wages to employees of the opposite sex in such establishment for equal work on jobs the performance of which requires equal skill, effort, and responsibility, and which are performed under similar working conditions." 29 U.S.C. § 206(d)(1).

11.     Defendant employs employees that handle goods or materials that have moved in interstate commerce such as computers, paper, pen, phones and vehicles.

12.     Defendant is engaged in the business of manufacturing airplanes for general aviation.

13.     Defendant is an enterprise as defined by 29 U.S.C. § 203(r).

14.     Defendant is an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s).

15.     Defendant pays males more than females.

16.     In fact, Defendant currently (as of the filing of this complaint) has eight (8) members on its executive team and all of them are male.

17.     Defendant paid Plaintiff, a female recruiter, approximately $39,145.60 per year.

18.     Whereas, Defendant paid a male recruiter approximately $62,499.84 per year.

19.     Defendant intentionally paid Plaintiff less than a similarly situated male employee.

20.     Plaintiff and Edwin Torres, a male, had the same job duties.

21.     Torres was paid more than Plaintiff.

22.     Defendant willfully violated the EPA or acted in reckless disregard of the Act.

Wherefore, Plaintiff demands trial by jury, judgment, back pay, liquidated damages, attorneys' fees, costs and any other relief available under the EPA.

Respectfully submitted this 15th day of July 2020,

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri
Florida Bar Number 643971
Mazaheri & Mazaheri
325 Shelby Street
Frankfort, Kentucky 40601
Tel – (502) 475-8201
Email – bernie@thelaborfirm.com

*Counsel for Plaintiff*