# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT PIERCE DIVISION

SHERRY JENKINS,

     Plaintiff,

v.                                     CASE NO.:  2:20-CV-14242

PIPER AIRCRAFT, INC.,

     Defendant.

## STIPULATION OF DISMISSAL

The parties hereby stipulate that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), all claims and causes of action may be dismissed upon the merits, with prejudice and without costs to either party.

Dated this 7th day of January, 2021

/s/ Jesse R. Dill
Jesse R. Dill, Esq.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Wisconsin Bar No. 1061704
1243 North 10th Street, Suite 200
Milwaukee, WI 53205
Tel: (414) 239-6400
Email: jesse.dill@ogletree.com
*Admitted Pro Hac Vice*

Thomas W. Tierney, Esq.
ROSSWAY SWAN TIERNEY BARRY
& OLIVER, P.L.
Florida Bar No. 390150
The Modern One Building
2101 Indian River Boulevard, Suite 200

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri, Esq.
Florida Bar No. 643971
MAZAHERI & MAZAHERI
325 Shelby St.
Frankfort, KY 40601
Tel: (502) 475-8201
Email: Bernie@thelaborfirm.com

*Counsel for Plaintiff*

Vero Beach, FL 32960 Telephone:
772-231-4440
Email: ttierney@rosswayswan.com
*Counsel for Defendant*

45409238.1